# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : Case No: 1:21-cr-598-PLF |
| v. | : |
| | : Judge Paul L. Friedman |
| TERENCE SUTTON, et al. | : |
| | : |
| Defendants. | : |

## ANDREW ZABAVSKY'S CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

Lt. Andrew Zabavsky, through undersigned counsel, respectfully moves this Honorable Court to modify and remove the conditions of release previously imposed by the Court in light of the Executive Order issued by President Donald J. Trump dated January 22, 2025, granting a full and unconditional pardon to Lt. Zabavsky.

1. On September 12, 2024, this Court released Zabavsky pending appeal, pursuant to 18 U.S.C. § 3143(b), subject to the same conditions of release previously imposed, which include electronic monitoring, a curfew, and reporting requirements to Pretrial Services. *See* Minute Order, 9/13/2024.

2. On September 20, 2024, this Court granted Zabavsky's Emergency Motion to Modify Conditions of Release Due to a Stroke and modified the supervised release terms to lift the curfew restrictions and to remove the ankle RFID monitor, Dkt. 672.

3. On January 22, 2025, President Donald J. Trump, pursuant to the powers vested in him under Article II, Section 2, Clause 1, of the Constitution, issued an Executive Order granting Lt. Zabavsky a full and unconditional pardon

for his convictions in the instant case. *See* Presidential Actions at

https://www.whitehouse.gov/presidential-actions/2025/01/executive-grant-of-clemency-for-andrew-zabavsky/.

4. On January 23, 2025, the United States filed an Unopposed Motion to Vacate Convictions and Remand for Dismissal in the United States Court of Appeals for the District of Columbia Circuit, Case No. 24-3131, seeking to vacate Lt. Zabavsky's convictions and to remand the case to the district court for dismissal with prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

5. In light of the full and unconditional pardon granted to him by the President of the United States, Lt. Zabavsky respectfully moves this Court to modify the conditions of release by removing all the conditions it has previously imposed as well as all reporting requirements.

6. The United States does not oppose this request.

WHEREFORE, Lieutenant Sutton, by his undersigned counsel with the consent of the United States respectfully requests that this Honorable Court modify the conditions of release it had previously imposed by removing all such conditions.

Dated: January 24, 2025          Respectfully Submitted,

                                 */s/ Christopher Zampogna*
                                 Christopher Zampogna
                                 Bar No. 449851
                                 Zampogna, P.C.

2101 L St NW, Ste 300
Washington, DC 20037
(202)223-6635 ext. 101
caz@zampognalaw.com


*/s/ Abraham Bluestone*
Abraham Bluestone
Bar No. 1780408
Zampogna, P.C.
2101 L St NW, Ste 300
Washington, DC 20037
(202)223-6635 ext. 102
ab@zampognalaw.com

*Counsel for Andrew Zabavsky*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case No: 1:21-cr-598-PLF |
| v. | : | |
| | : | Judge Paul L. Friedman |
| TERENCE SUTTON, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Zabavsky's Consent Motion to Modify Conditions of Release, President Donald J. Trump's Full and Unconditional Pardon of Andrew Zabavsky, and the lack of opposition, it is on this \_\_\_\_\_ day of January, 2025 **HEREBY ORDERED** that:

The Motion is **GRANTED**; and that

All conditions of release previously imposed by the Court are hereby **MODIFIED, REMOVING ALL SUCH CONDITIONS**.

**So Ordered.**

_____
Honorable Paul L. Friedman