# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3131**                           **September Term, 2024**

                                                             1:21-cr-00598-PLF-2
                                                              1:21-cr-00598-PLF-1

                            **Filed On: February 24, 2025** [2102221]

United States of America,

         Appellee

    v.

Terrence Sutton,

         Appellant

------------------------------

Consolidated with 24-3142

## M A N D A T E

     In accordance with the order of February 24, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                          BY:     /s/
                                              Selena R. Gancasz
                                              Deputy Clerk

Link to the order filed February 24, 2025